# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              Case No.  6:97-cr-42-Orl-18JGG

**ERIC ALLEN COOPER**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on June 28, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed March 9, 2006 by Probation Officer Audrey D. Martin.

In the Petition, Probation Officer Audrey D. Martin alleges the Defendant was in violation of:

- Supervised Release Standard Condition 1, Violation #1, 2, 5

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device.  The defendant shall comply with the standard conditions that have been adopted by this court.

On January 20, 2006, the defendant committed Aggravated Assault With a Deadly Weapon against Justin Bush. He was subsequently charged with Aggravated Assault with a Deadly Weapon in Collier County Circuit Court, Naples, Florida, Docket # 06-356CFA. This is a violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision.

On January 20, 2006, the defendant committed Battery against Justin Bush. He was subsequently charged with Batter in Collier County Circuit Court, Naples, Florida, Docket # 06-356CFA. This is in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision.

On February 10, 2006, the defendant committed Possession of Marjuana Under 20 Grams. He was subsequently charges with Possession of Marijuana Under 20 Grams in Collier County Circuit Court, Naples, Florida, Docket # 06-606MMA. This is a violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision.

- Condition 7, Violation #3

Which states that the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by probation officer to determine the use of any controlled substance.

On January 18, 2006, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine. Further, on January 31, 2006, in a written statement, the defendant admitted that he had been handling cocaine. This is a violation of Condition 7 of the Standard Conditions of Supervision, as set forth in the Judgment.

- Condition 9, Violation #4

Which states that the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

On January 31, 2006, the defendant admitted to ongoing associations with known convicted felons. This is a violation of Condition 8 of the Standard Conditions of Supervision, as set forth in the Judgment.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 28th day of June, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Eric Allen Cooper