# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

ERIC ALLEN COOPER

Case No. 6:97-cr-42-Orl-18JGG

FILED
2006 AUG -2 PM 4: 01
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on August 2, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge James G. Glazebrook (Doc. No. 142), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on March 9, 2006. The Defendant was represented at the hearing by Landon Miller, Lake Avalon Center, 4280 E. Tamiami Tr. #204, Naples, FL 34112

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of 24 Months with credit for time served since February 10, 2006.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this Court. The Court would recommend that the sentence imposed in the pending Collier County State charges be served concurrently to the sentence imposed in this case.

**DATED AND ORDERED** on August 2, 2006 in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE.

Certified Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal
Defendant